UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS BRUCK, | |
| Plaintiff, | |
| v. | C24-1803 TSZ |
| WALGREEN CO., a foreign corporation, | MINUTE ORDER |
| Defendant. | |

| | |
|---|---|
| **JURY/BENCH TRIAL DATE** | May 11, 2026 |
| Length of Trial | 5 days |
| Deadline for joining additional parties | June 10, 2025 |
| Any motions for leave to amend pleadings filed by | October 20, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 20, 2025 |
| All motions related to discovery must be filed by | December 11, 2025 |
| All remaining discovery completed by | January 20, 2026 |
| All dispositive motions must be filed by          and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | February 19, 2026 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by          and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d)) | February 26, 2026 |

MINUTE ORDER - 1

| | |
|---|---|
| All motions *in limine* must be filed by | April 17, 2026 |
|     All motions in limine shall be presented in a joint submission, which shall be noted for the same day it is filed.[1] | |
| Trial briefs and Agreed Pretrial Order due[2] | April 24, 2026 |
| Proposed voir dire questions and proposed jury instructions, and/or proposed findings of fact and conclusions of law due | April 24, 2026 |
| Pretrial conference to be held at 10:00 a.m. on | May 1, 2026 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

---

[1] The joint submission shall contain (i) an introductory statement summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Laurie Cuaresma, who can be reached at 206-370-8521, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

MINUTE ORDER - 3

Should this case settle, counsel shall notify Chambers at 206-370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of May, 2025.

Ravi Subramanian<br>
Clerk<br><br>
s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 4