UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS BRUCK,

             Plaintiff,

v.

WALGREEN CO., a foreign corporation,

             Defendant.

C24-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Nicholas Bruck is ORDERED to SHOW CAUSE by June 3, 2025, why he has not waived his right to a jury trial. Defendant shall not file a response unless requested by the Court. Pursuant to Federal Rule of Civil Procedure 38(b), "[o]n any issue triable of right by a jury, a party may demand a jury trial by . . . serving the other parties with a written demand . . . no later than 14 days after the last pleading directed to the issue is served." "A party waives a jury trial unless its demand is properly served and filed." Fed. R. Civ. P. 38(d). The most recent pleading on the docket appears to be Defendant's Answer, docket no. 7, which was filed on November 8, 2024. Plaintiff therefore had until November 22, 2024, to file a jury demand. See Meppelink v. Wilmington Sav. Fund Soc'y FSB, 2019 WL 7290779, at *3 (W.D. Wash. Dec. 30, 2019). It was only on May 8, 2025, that Plaintiff claimed a right to a jury trial in the Joint Status Report, docket no. 22.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of May, 2025.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 1