UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS BRUCK,

    Plaintiff,

v.

WALGREEN CO., a foreign corporation,

    Defendant.

C24-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Motion to Continue Court Dates, docket no. 26, is GRANTED as follows:

| Dates and Deadlines | Current Deadline | New Deadline |
| --- | --- | --- |
| All motions related to discovery must be filed by | December 11, 2025 | April 30, 2026 |
| All remaining discovery completed by | January 20, 2026 | June 8, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | February 19, 2026 | July 9, 2026 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| All motions related to expert witnesses (e.g., a Daubert motion) must be filed by and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d)) | February 26, 2026 | July 16, 2026 |
| Trial Briefs and Agreed Pretrial Order due | April 24, 2026 | September 14, 2026 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to LCR 32(e) due | April 24, 2026 | September 14, 2026 |
| Pretrial Conference to be held at 10:00 AM on | May 1, 2026 | September 18, 2026 |
| **BENCH TRIAL** | May 11, 2026 | September 28, 2026 |

All other provisions outlined in the Court's Minute Order, docket no. 23, that are not inconsistent with this Minute Order shall remain in full force and effect.

(2) In their stipulated motion, docket no. 26, the parties indicated that they have agreed to engage in private mediation, which is currently scheduled for February 17, 2026. JSR at 3 (docket no. 26). Accordingly, the parties shall file on or before March 3, 2026, a joint status report that explains whether the parties successfully mediated their dispute.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of December, 2025.

                                             Ravi Subramanian
                                             Clerk

                                             s/Grant Cogswell
                                             Deputy Clerk

MINUTE ORDER - 2